[No. 55006-3-I.   Division One.   August 29, 2005.]

RUTH BURR, *Appellant*, v. PEMCO MUTUAL INSURANCE COMPANY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-12137-1, Jeffrey M. Ramsdell, J., entered September 24, 2004. *Affirmed* by unpublished opinion per Ellington, A.C.J., concurred in by Baker and Schindler, JJ.

[No. 55179-5-I.   Division One.   August 29, 2005.]

RICHARD L. VAN WINKLE, *Respondent*, v. JOSEPH D. LEHMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 04-2-01935-1, David A. Nichols, J., entered October 22, 2004. *Reversed* by unpublished per curiam opinion.

[No. 55370-4-I.   Division One.   August 29, 2005.]

JAMES L. CAWDREY, *as Personal Representative, Appellant*, v. HANSON BAKER LUDLOW DRUMHELLER, P.S., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-25281-6, Anthony P. Wartnik, J., entered July 30, 2004. *Affirmed* by unpublished opinion per Agid, J., concurred in by Cox, C.J., and Becker, J. Now published at 129 Wn. App. 810.